ACCEPTED
15-25-00091-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 4:09 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00091-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 4:09:48 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals for the Fifteenth District of Texas at Austin

U.S. SAND & GRAVEL, LLC, RAITZ ENTERPRISES, INC., and RAITZ INVESTMENT GROUP, LLC,
*Appellants*

v.

TEXAS DEPARTMENT OF TRANSPORTATION,
*Appellee*

Restricted Appeal from Cause No. D-1-GN-24-004334
In the 449th District Court of Travis County, Texas

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

William L. Mennucci
Thompson Coe Cousins & Irons, L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 703-5085
Facsimile: (512) 708-8777
Email: bmennucci@thompsoncoe.com

Kasey Rachel
Dorsett Johnson, LLP
421 W. Third Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 900-8202
Facsimile: (817) 882-8526
Email: krachel@dorsettjohnson.com

**Counsel for Appellants**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants U.S. Sand & Gravel, LLC, Raitz Enterprises, Inc., and Raitz Investment Group, LLC file this Unopposed Motion for Extension of Time to File Opening Brief. Appellants' opening brief is due to be filed on July 7, 2025. Appellants seek an extension of 90 days to file their opening brief, in order to give the parties time to complete their ongoing efforts to resolve the underlying trial court judgment and dispute that gives rise to this appeal, without having to expend the parties' and the Court's time, expense and resources that would be involved in prosecuting this appeal.

No previous motions to extend filing deadlines have been filed in this matter, and no extensions of time have been granted. Counsel for Appellants has conferred with opposing counsel, and counsel for Appellee is not opposed to this motion or the requested 90-day extension.

In support of this motion, Appellants rely on the following facts:

Appellants own and operate sand and gravel pits. On July 15, 2024, Appellee Texas Department of Transportation (TXDOT) brought suit against Appellants seeking injunctive relief and civil penalties, alleging Appellants had failed to secure safety certificates required by the Texas Aggregate Quarry and Pit Safety Act, TEX. NAT. RES. CODE § 133.001, et. seq., for three of Appellants' pits. TXDOT secured a default judgment from the trial court on February 12, 2025, which included a

permanent injunction requiring Appellants to cease operations at the three pits, and $20,000 in civil penalties.

Appellants filed a motion to vacate the default judgment and for new trial, arguing that they had not been properly served with process. The trial court denied the motion and on May 16, 2025, Appellants filed their notice of restricted appeal to this Court.

Shortly after Appellants filed their notice of appeal, counsel for Appellants and counsel for the Texas Attorney General's Office (representing Appellee TXDOT) had a conference call in which both sides expressed an interest in trying to resolve the matters in dispute between the parties informally, without the necessity of prosecuting the appeal. The discussions in the conference call led to the execution of a Rule 11 agreement on May 22, 2025. (Copy attached as Exhibit 1). Essentially, Appellants agreed to submit applications for safety certificates for the three pits along with the required fee; and TXDOT agreed to promptly conduct inspections of the pits, review the applications, and make a determination of whether the safety certificates would issue. TXDOT also agreed to temporarily suspend its efforts to enforce the judgment while these steps were being completed.

During June 2025, the parties have worked to complete the items required under the Rule 11 agreement. Appellants have submitted applications for safety certificates, TXDOT has conducted inspections, and TXDOT is reviewing the

applications and is determining whether the certificates will issue, or whether Appellants need to make any changes to their operations in order to secure the certificates.

In light of these ongoing efforts to resolve the judgment and the issues that gave rise to the suit, Appellants respectfully seek an extension of the July 7, 2025 opening brief deadline for 90 days, i.e., until October 6, 2025. Appellants believe that a 90-day extension will allow adequate time for the parties to complete the process of securing the safety certificates and for resolving the judgment and the disputes between the parties. The 90-day extension is requested to promote efficiency and to conserve judicial resources of the parties and the Court, because it will allow them to avoid expending time, expense and judicial resources on this appeal that may ultimately prove unnecessary, assuming the parties can resolve the dispute.

For the foregoing reasons, Appellants respectfully requests that the Court grant this motion, and extend Appellants' deadline to file its opening brief from July 7, 2025 for 90 days, to October 6, 2025.

Respectfully submitted,

*/s/ William L. Mennucci*
William L. Mennucci
State Bar No. 00788042
THOMPSON, COE, COUSINS & IRONS, L.L.P.
2801 Via Fortuna, Suite 300

Austin, Texas 78746
(512) 703-5085
E-mail: bmennucci@thompsoncoe.com
Lead Counsel

Kasey Rachel
Dorsett Johnson, LLP
421 W. Third Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 900-8202
Facsimile: (817) 882-8526
Email: krachel@dorsettjohnson.com

**Counsel for Appellants**

## CERTIFICATE OF CONFERENCE

I certify that on the 3rd day of July, 2025, I conferred with Joshua Longi of the Texas Attorney General's Office, appellate counsel for Appellee, about the relief sought herein and Mr. Longi indicated that Appellee is unopposed to the requested extension.

*/s/ William L. Mennucci*
William L. Mennucci

## CERTIFICATE OF SERVICE

I certify that on July 3, 2025, a true and correct copy of Appellants' Unopposed Motion for Extension of Time to File Opening Brief was served on the following counsel pursuant to the Texas Rules of Appellate Procedure:

Joshua Longi
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 383-6280
joshua.longi@oag.texas.gov

*/s/ William L. Mennucci*
William L. Mennucci

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christi  Benoit on behalf of William Mennucci
Bar No. 788042
Cbenoit@thompsoncoe.com
Envelope ID: 102770643
Filing Code Description: Motion
Filing Description: Motion - Exempt
Status as of 7/3/2025 4:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| William LMennucci | | bmennucci@thompsoncoe.com | 7/3/2025 4:09:48 PM | SENT |
| Brent Coffee | 24076319 | brent.coffee@oag.texas.gov | 7/3/2025 4:09:48 PM | SENT |
| Krissi Martinez | | kmartinez@thompsoncoe.com | 7/3/2025 4:09:48 PM | SENT |
| Christi Benoit | | Cbenoit@thompsoncoe.com | 7/3/2025 4:09:48 PM | SENT |
| Joshua Longi | 24095228 | joshua.longi@oag.texas.gov | 7/3/2025 4:09:48 PM | SENT |